UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **CORDARRELL CARROLL,** #01873334, | § § § |
| Plaintiff, | § § |
| v. | § § SA-23-CA-0098-JKP |
| **WARDEN RAYFORD J. PHONSO; SERGEANT VERNET DAVIS; and CORRECTIONAL OFFICER PAMELA BRIMM,** | § § § § § |
| Defendants. | § § |

## JUDGMENT

Pursuant to Plaintiff Cordarrell Carroll's notice of dismissal, his 42 U.S.C. § 1983 Civil Rights Complaint against Defendants, Warden Rayford J. Phonso, Sergeant Vernet Davis and Correctional Officer Pamela Brimm, is voluntarily **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED this 16th day of March, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE